1 **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2 **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 165 Fell Street
San Francisco, CA  94102
4 Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
5 Tel.: (415) 989-4730
Fax: (415) 989-0491
6 File No. 53,959

7 Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | CASE NO. 1:09-CV-01130-AWI-DLB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AUTHORIZING PROCESS SERVER |
| vs. ) | TO LEVY EXECUTION PURSUANT TO |
| ) | C.C.P. § 699.080 |
| JOSE VILLALOBOS, JR. dba ) | |
| Scoreboards; JOSE VILLALOBOS, SR. ) | |
| dba Scoreboards, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Based upon the Declaration of David J. Cook, Esq., and finding that Legalese Attorney Services is a registered process server, having filed a certificate of registration with the County Clerk, Sacramento County Superior Court, and otherwise authorized to perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a private process server would serve the interest of justice in relieving the United States Marshal from effectuating certain types of services necessary to effectuate collection of the Judgment herein, and furthermore finding that the use of a process server is routine in the enforcement of a Judgment, and authorized by California law, which is applicable herein under F.R.C.P. 69 and Bkrtcy.C. § 7069, and upon ex parte application, and for good cause appearing, therefore,

1    IT IS HEREBY ORDERED that Plaintiff may employ the services of Legalese Attorney Services to perform the duties and responsibilities of a levying officer as defined under C.C.P. § 699.080.

   IT IS FURTHER ORDERED that Legalese Attorney Services shall comply with the requirements of the California Code of Civil Procedure in the enforcement of judgments, consistent with and in conformity to C.C.P. § 699.080.

   IT IS SO ORDERED.

   Dated:   **February 8, 2010**          **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE